COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Diawannah Corteasher Thomas v. The State of Texas

Appellate case numbers:   01-21-00523-CR, 01-21-00524-CR

Trial court case numbers: 1661383, 1661384

Trial court:              208th District Court of Harris County

On May 3, 2022, appellant, Diawannah Corteasher Thomas, filed a second motion for extension of time to file her appellate briefs in each of the above-referenced appeals. Appellant's motions are **granted.** Appellant's brief in each of the above-referenced cases is due **June 1, 2022**. **No further extensions will be granted.**

When an appellant in a criminal case fails to file a brief, Texas Rule of Appellate Procedure 38.8(b) requires the appellate court to issue an order directing the trial court to hold a hearing and make certain findings. TEX. R. APP. P. 38.8(b)(2)-(3). If the trial court finds that appellant no longer desires to prosecute the appeal, or that appellant is not indigent but has not made the necessary arrangements for filing a brief, the Court may consider the appeal without briefs. *Id.* at 38.8(b)(4). Accordingly, if appellant's briefs are not filed by June 1, 2022, the cases will be abated and remanded for a hearing to determine (a) whether appellant desires to prosecute her appeals; (b) whether appellant is indigent; (c) if not indigent, whether appellant or appellant's counsel has abandoned the appeals; (d) the reason for appellant's failure to file briefs in the appeals; and (e) if the appellant desires to continue the appeals, a date certain when appellant's briefs will be filed.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                          Acting individually


Date: May 10, 2022